# EXHIBIT A



19.6250" 19.6875" 19.6875" 19.6250" 1.5000"

9.8438" 22.8125"

CRAFTSMAN®

16 GALLON WET/DRY VAC

ASPIRADORA PARA LÍQUIDOS/SÓLIDOS DE 16 GALONES

ASPIRATEUR DE DÉCHETS SECS/HUMIDES - 16 GALLONS

16 GAL* 60.6 LITERS* | 5.0† PEAK-HP

3 YEAR LIMITED WARRANTY™ WE BUILD PRIDE™

WARNING: TO REDUCE THE RISK OF INJURY, USER MUST READ INSTRUCTION MANUAL BEFORE OPERATING PRODUCT.

ADVERTENCIA: PARA REDUCIR EL RIESGO DE LESIONES, EL USUARIO DEBE LEER EL MANUAL DE INSTRUCCIONES ANTES DE OPERAR EL PRODUCTO.

AVERTISSEMENT : POUR RÉDUIRE LE RISQUE DE BLESSURE, L'UTILISATEUR DOIT LIRE LE MODE D'EMPLOI AVANT DE FAIRE FONCTIONNER L'APPAREIL.

2½" 6,4 cm CLEANING TOOLS

LOCKING HOSE

REAR BLOWER

PROUDLY MADE IN THE USA WITH GLOBAL MATERIALS

CMXEVBCPC1650

ITEM • ARTÍCULO • ARTICLE - 1100285
CATALOG • CATALOGO • CATALOGUE - 94016

CRAFTSMAN®

3 YEAR LIMITED WARRANTY™ WE BUILD PRIDE™

16 GAL* 60.6 LITERS* | 5.0† PEAK-HP

16 GALLON WET/DRY VAC

ASPIRADORA PARA LÍQUIDOS/SÓLIDOS DE 16 GALONES

ASPIRATEUR DE DÉCHETS SECS/HUMIDES - 16 GALLONS

**REPLACEMENT FILTERS • RECAMBIO DE FILTROS • FILTRES DE RECHANGE**

LG Cartridge Filter / Filtro de cartucho / Filtre à cartouche #9704

LG Foam Sleeve / Funda de espuma / Manchon de mousse #64911

| SPECIFICATIONS • ESPECIFICACIONES • SPÉCIFICATIONS | |
|---|---|
| Tank Capacity • Capacidad del depósito • Capacité de la cuve | 16 Gallons* |
| Peak Horsepower • Potencia máxima • Puissance maximale | 5.0† |
| Sealed Pressure • Presión hermética • Pression scellée | 60" |
| CFM • CFM • PCM | 115 |
| Air Watts • Vatios aire • Air Watts | 240 |
| Amps • Amperios • Ampères | 10A |
| Hose Length & Diameter • Longitud y diámetro de la manguera / Longueur et diamètre du tuyau | 7' (213.4 cm) x 2½" (17.8 cm) |
| Weight • Peso • Poids | 20.2 lbs. |

INCLUDES / INCLUYE / COMPREND CMXEVBCPC1650

- CMXEVBC PC1650 Vac, Hose, Utility Nozzle, Tool Holder, Cartridge Filter, Foam Sleeve
- Aspiradora CMXEVBC PC1650, Manguera, Boquilla utilitaria, Sujetador de herramientas, Filtro de cartucho, Funda de espuma
- Aspirateur CMXEVBC PC1650, Tuyau, Tête d'aspiration à usages multiples, Porte-outils, Filtre à cartouche, Manchon de mousse

3 YEAR LIMITED WARRANTY™ WE BUILD PRIDE™

If a product fails to perform due to defects in material or workmanship, we will repair or replace it. Proof of purchase required. 90 Day Satisfaction Guarantee. See CRAFTSMAN.com or call 888-331-4569 for details.

Si el producto no funciona correctamente debido a defectos en el material o mano de obra, lo repararemos o reemplazaremos. Se requiere un comprobante de compra. Garantía de satisfacción por 90 días. Para más información visite CRAFTSMAN.com o llame al 888-331-4569.

En cas de défaut de matériau ou de fabrication entraînant un dysfonctionnement du produit, ce dernier sera réparé ou remplacé. Une preuve d'achat est requise. Garantie de satisfaction de 90 jours. Rendez-vous sur CRAFTSMAN.com ou composez le 888 331-4569 pour obtenir plus de détails.

CRAFTSMAN®
is a registered trademark of Stanley Black & Decker, Inc., used under license.
es una marca registrada de Stanley Black & Decker, Inc., utilizada bajo licencia.
est une marque déposée de Stanley Black & Decker, Inc., utilisée sous licence.
© 2018 CRAFTSMAN

Product manufactured by:
Producto fabricado por:
Produit fabriqué par:

Shop-Vac® Corporation
2323 Reach Road, Williamsport, PA 17701
U.S. & Canada Only • É.-U. et Canada seulement

For product, service or warranty information contact us at:
Para obtener información sobre el producto, el mantenimiento o la garantía, comuníquese con nosotros en:
Pour obtenir de l'information sur les produits, les réparations ou la garantie, prière de nous contacter au :
CRAFTSMAN.com • 888-331-4569

C UL US

MADE IN U.S.A. OF U.S. AND GLOBAL COMPONENTS
HECHO EN E.U.A. CON COMPONENTES DE E.U.A. Y COMPONENTES GLOBALES
FABRIQUÉ AUX É.-U. AVEC DES COMPOSANTS AMÉRICAINS ET UNIVERSELS

CRAFTSMAN®

3 YEAR LIMITED WARRANTY™ WE BUILD PRIDE™

16 GAL* 60.6 LITERS* | 5.0† PEAK-HP

16 GALLON WET/DRY VAC

ASPIRADORA PARA LÍQUIDOS/SÓLIDOS DE 16 GALONES

ASPIRATEUR DE DÉCHETS SECS/HUMIDES - 16 GALLONS

PROUDLY MADE IN THE USA WITH GLOBAL MATERIALS

LOCKING HOSE

REAR BLOWER

2½" 6,4 cm CLEANING TOOLS

CMXEVBCPC1650

0 26282 94016 2

61709-73

| shop·vac® CARTON MECHANICAL SPECIFICATIONS | CARTON NUMBER: 61709-73 | JOB NUMBER: 36503 | CARTON PRINTING SPECIFICATIONS: |
|---|---|---|---|
| | INSIDE DIMENSIONS: 19.5"(LENGTH) X 19.5"(WIDTH) X 22.5"(HEIGHT) | | COLORS: SV #401 BLACK |
| | ARTWORK IS CREATED AT 100% | | MATERIAL SUBSTRATE: KRAFT CARTON - RSC T&B, 250# C FLUTE or 40 ECT |
| | FOR COLOR MATCHING, REFER TO PRINT CARD ON FILE WITH SV QUALITY CONTROL. | | PRINTING PROCESS: Flexo offset |