# EXHIBIT B

Case 3:19-cv-01182-KAD  Document 25-9  Filed 09/25/19  Page 2 of 2

