# EXHIBIT C

FONT SIZE:
7 PT.

FONT STYLE:
Trade Gothic LT Std Condensed No18

GENERAL AREA:
32.8819"w. x .373" h.

BACKGROUND COLOR:
Pantone: PMS2035 Red

FONT COLOR:
100% Black



.373 inches

† "Peak Horsepower" (PHP) is a term used in the wet-dry vacuum industry for consumer comparison purposes. It does not denote the operational horsepower of a wet-dry vacuum but rather the horsepower output of a motor, including the motor's inertial contribution, achieved in laboratory testing. In actual use, wet dry vacuum motors do not operate at the peak horsepower shown.
* Tank capacity refers to actual tank volume, and does not reflect capacity available during operation.

3.8819 inches