UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MONTGOMERY and DONALD WOOD JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>STANLEY BLACK & DECKER, INC., d/b/a CRAFTSMAN,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO. 3:19-cv-01182 (AVC)<br>:<br>:<br>:<br>:<br>: |

## **JUDGMENT**

This action having come before the Court for consideration of the defendant's motion to dismiss, before the Honorable Alfred V. Covello, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the defendant's motion to dismiss on November 30, 2020, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 1st day of December, 2020.

ROBIN D. TABORA, Clerk

By: /s/ Michael Bozek
Michael Bozek
Deputy Clerk

Entered on Docket: 12/1/2020