**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM MONTGOMERY and DONALD WOOD JR., individually and on behalf of all others similarly situated, | **CASE NO. 3:19-cv-01182-AVC** |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT** |
| v. | |
| STANLEY BLACK & DECKER, INC., d/b/a CRAFTSMAN, | **Hon. Alfred V. Covello** |
| Defendant. | |

Notice is hereby given that Plaintiffs William Montgomery and Donald Wood, Jr. (collectively, "Plaintiffs"), on behalf of themselves and the putative class, hereby appeal to the United States Court of Appeals for the Second Circuit from: (i) the Court's November 30, 2020 Ruling On The Defendant's Motion To Dismiss (Dkt. 46), and (ii) the Court's December 1, 2020 Judgment (Dkt. 47).

| | |
|---|---|
| Dated:  December 28, 2020 | **BURSOR & FISHER, P.A.**<br><br>By:      */s/ Frederick J. Klorczyk III*<br>          Frederick J. Klorczyk III<br><br>Frederick J. Klorczyk III *(pro hac vice)*<br>Neal J. Deckant *(pro hac vice)*<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:  fklorczyk@bursor.com<br>            ndeckant@bursor.com<br><br>**REARDON SCANLON LLP**<br>James J. Reardon, Jr. (CT 13802)<br>45 South Main Street, 3rd Floor<br>West Hartford, CT  06107<br>Telephone: (860) 955-9455<br>Facsimile:  (860) 920-5242<br>E-Mail:  james.reardon@reardonscanlon.com<br><br> *Attorneys for Plaintiffs* |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

    By: */s/ Frederick J. Klorczyk III*
          Frederick J. Klorczyk III