UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM MONTGOMERY,
DONALD WOOD, JR.,
    Plaintiff,

v.                                      CASE NO. 3:19-CV-01182 (KAD)

STANLEY BLACK & DECKER INC.,
*doing business as* Craftsman
    Defendant.

## JUDGMENT

This matter came on for consideration of the Defendant's motion to dismiss the second amended complaint [Doc. #55], after remand from the United States Court of Appeals. The Court has considered the full record of the case including applicable principles of law. On March 31, 2023, after a hearing on the motion, the Court GRANTED the motion to dismiss for the reasons stated on the record.  It is therefore;

ORDERED, ADJUDGED and DECREED that Judgment shall enter in favor of Stanley Black & Decker Inc. and the case is closed.

Dated at Bridgeport, Connecticut this 31st day of March 2023.

DINAH MILTON KINNEY, Clerk
By /s/ Kristen Gould
Kristen Gould
Deputy Clerk

EOD: 3/31/2023